UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONNIE BEE CISLO, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>WEXFORD OF INDIANA, LLC, et al. )<br>)<br>      Defendants. ) | No. 1:18-cv-03265-JPH-DML |

## **FINAL JUDGMENT**

The Court having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT against the plaintiff and for the defendants. This action is dismissed with prejudice.

Date: 11/2/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

ROGER A. G. SHARPE, Clerk of Court

By: *Pam Pope*
Deputy Clerk

Distribution:

RONNIE BEE CISLO
Laporte County Jail
809 State St, Ste 201A
Laporte, IN 46350

All Electronically Registered Counsel